United States District Court
for the
Southern District of Texas



NOV 0 4 2020

David J. Bradley, Clerk of Court

United States of America )
    Plaintiff )
  ) Place of Confinement: USP Beaumont
v. ) Inmate Number - 19914-104
  ) Case Number: 4:18CR000691-001(s)
Warren Brown II )
    Defendant )

## MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A) OF THE FIRST STEP ACT ; CARES ACT

Now Comes the DEFENDANT, Warren Brown II, pro se, and files this motion for a reduced sentence under section 3582(c)(1)(A) in light of the Cares Act.

Brown Respectfully Request Leniency in Presenting this Motion due to the fact that he is not a lawyer, but trust that in the Court's Judicial Benevolence it apply all the benefits of the "Liberal Construction Standard". See Haines v. Kerner, 404 U.S. 519 (1979) (explaining courts application of the Liberation Construction Standard on behalf of pro se litigants, as opposed to the standard applicable to litigation of professional attorneys).

Mr. Brown Also Reminds the Court that the Pleadings Submitted and Presented hereinafter should be construed so as to do substantial justice in this case. See Rule 8(e)

Congress, through the First Step Act, has now made the decision that the Court can reduce Brown's sentence. Under the First Step Act, it is for the Court, not the Director of the Bureau of Prisons, to determine whether there is an "Extraordinary and Compelling Reason" to reduce a sentence.

Brown is Currently Serving A Seventy-Eight Month Sentence for Felon in Possession of Firearm in violation of 18 U.S.C. § 922(g)(1). On August 26, 2019 Mr. Brown pled guilty to count one of the Indictment, Felon in Possession of Firearm.

On December 18, 2019 the Court Sentenced Mr. Brown to Seventy-Eight (78) Months, Three (3) Years Supervised Release, a Hundred ($100) dollar Special Assessment Fee and No Fine. Mr. Brown is Currently Serving this Sentence.

As the Court is Aware, the First Step Act allows an inmate to file for relief if there are "extraordinary and compelling circumstances" to warrant such a reduction. Several Courts have determined that the lack of updated policy from the sentencing commission give them the ability to determine what "extraordinary and compelling circumstances" means. In the past the courts have determined that the lack of medical care and the change

of certain laws have constituted extraordinary and compelling circumstances.

Some of the Courts have determined that they have the ability to reduce the sentence of a person who has "extraordinary and compelling circumstances", is not a danger to others and who release is warranted to upon analysis of the "3553 Factors". Several Courts have determined that COVID-19 could be an extraordinary or compelling circumstances, even in situations with inmates who have already tested positive for COVID-19. This has been because of a lack of social distancing and the high amount of elderly inmates inside.

During this Public Health Crisis, there are currently over a hundred (100) positive cases of COVID-19 that are spreading and growing rapidly throughout this entire FCC Beaumont USP facility. There have been dozen's of Positive Cases of COVID-19 in multiple units DEFENDANT Brown has stayed in, and there have been dozen's of newly arrived inmates transferred who are unsure of their Current Covid Status here at FCC Beaumont USP as well. The Seventy-Eight Months Ordered by the Court could Very Quickly and Easily Transition to a Death Sentence during this Public Health Crisis. A lack of Medical Care, No Possibility of Social Distancing, and COVID-19 spreading dangerously and rapidly throughout

the Prison Facility are all "extraordinary and compelling circumstances". Mr. Brown is also not a Danger to others and release is warranted to upon analysis of the "3553 Factors".

Wherefore, based on the foregoing arguments and authorities, I Pray that the Court Grant me Relief for which I may be entitled in this proceeding, and any other and futher Relief which this Court deems just and fair.

Respectfully Submitted on __October 23__, 2020

COPY: FILE

Warren Brown II
Reg No. 19914-104
USP Beaumont
P.O. Box 26030
Beaumont, Tx 77720

```
BMPE2            *         INMATE EDUCATION DATA         *    05-08-2020
PAGE 001 OF 001  *              TRANSCRIPT               *    09:51:59

REGISTER NO: 19914-104    NAME..: BROWN                  FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: BMP-BEAUMONT USP

------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
BMP  ESL HAS    ENGLISH PROFICIENT           01-28-2020 0001 CURRENT
BMP  GED HAS    COMPLETED GED OR HS DIPLOMA  01-28-2020 0001 CURRENT

-------------------------- EDUCATION COURSES ------------------------------
SUB-FACL    DESCRIPTION                  START DATE  STOP DATE EVNT AC LV  HRS
HOU M       THRESHOLD PRMG INMPRGMCATL   10-03-2019 11-21-2019  P   C  P   45
HOU M       HOUSES OF HEALING INMPRGMCATAL 10-04-2019 10-31-2019 P  C  P   24
HOU M       RPP#6-OVERCOMING ANXIETY-PSYCH 10-24-2019 10-31-2019 P  C  P   10
HOU M       STOP SMOKING PROGRAM         10-31-2019 11-15-2019  P   C  P   10
HOU M       OVERCOMING DEPRESSION-PSYCH GR 10-16-2019 10-24-2019 P  C  P   10
HOU M       GOOD DECISIONS               10-10-2019 10-16-2019  P   C  P   10
HOU M       UNDERSTANDING FEELINGS       10-02-2019 10-10-2019  P   C  P   10
HOU M       RPP#6 SELF ESTEEM -PSYCH GRP 09-13-2019 10-02-2019  P   C  P   10
HOU M       UNDERSTANDING BEHAVIOR       09-06-2019 09-13-2019  P   C  P   10
HOU M       POSITIVE OUTLOOK             08-28-2019 09-06-2019  P   C  P   10
HOU M       RPP#6 - CAGE YOUR RAGE       07-10-2019 08-28-2019  P   C  P   10




    BMPAC  531.01  *          INMATE HISTORY          *    05-11-2020
    PAGE 001 OF 001 *            DRUG PGMS            *    12:44:29

    REG NO..: 19914-104 NAME....: BROWN, WARREN II
    CATEGORY: DRG       FUNCTION: PRT       FORMAT:

FCL   ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP   DATE/TIME
BMP   DAP REFER  DRUG ABUSE PROGRAM REFER    03-30-2020 1055 CURRENT
BMP   NR COMP    NRES DRUG TMT/COMPLETE      01-08-2020 0855 CURRENT
BMP   DAP SCREEN DRUG ABUSE PROGRAM SCREENING 02-19-2020 0644 03-30-2020 1055
BMP   DAP REFER  DRUG ABUSE PROGRAM REFER    01-31-2020 0801 02-19-2020 0644
HOU   NR PART    NRES DRUG COUNSEL PARTICIPANT 08-23-2019 0909 01-08-2020 0855




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```



# CERTIFICATE OF ACHIEVEMENT

## WARREN BROWN

"Raising Children You Can Live With"
Independent Study Parenting Course

5TH of November 2019

R. Bustamante Jr.
Supervisor of Education

## CERTIFICATE OF SERVICE

I hereby certify that on this 23 day of OCTOBER, 2020, A True and Correct Copy of the Foregoing was mailed to the Clerk of the Court for the Southern District of Texas for uploading in the CM/ECF System, which shall send electronic notification to the following:

United States Attorney's Office
Houston Division

_____
Warren Brown II



Warren Brown #19914-104
FCC Beaumont USP
P.O. Box 26030
Beaumont, Tx 77720

Clerk of Courts
United States Courthouse
515 Rusk St.
Houston, Tx 77002