United States Courts
Southern District of Texas
FILED
SEP 19 2022
Nathan Ochsner, Clerk of Court

Sept. 12, 2022

Dear United States Court Clerk,

My Name Is Warren Brown II and my Reg # is 19914-104. My Case Number is 4:18CR00691, Could You Please Send Me A Copy Of My Plea Agreement, Transcript, Judgement and Commitment, and My Docket Sheet As Soon As Possible. Thank You Very Much!

Warren Brown
D.O.B. 12-06-1988
Reg # 19914-104

