United States Courts
Southern District of Texas
FILED
SEP 09 2024
Nathan Ochsner, Clerk of Court

10-2-20-24

18cr691

Dear Honorable Judge Keith Ellison,

I'm Writing You To Inform You About A Dissappointing Situation About A Case That Came Across Your Courtroom Involving Me. Attached Is A Affidavit Written By The Mother Of My Daughter Swearing That She Lied To Police Claiming I Assaulted Her Specifically To Put Me In Prison And Swearing That I NEVER Physically Attacked Her. I was released from Federal Custody At The End Of January With The Hopes That Me And My Daughters Mother Could Raise Our Daughter Together And Realized She Had Been Addicted To Hard Drugs Such As Opiods & Cocaine So I Asked Her To Leave My Home Which She Did With Multiple Witnesses Present. No Fighting Of Any Sort Took Place. For About Two Months She Harassed And Defamed My Character On Social Media Daily Which I Never Responded. After That Time Passed She Noticed That I Still Been Working And About To Be Blessed With A Multi-Million Dollar Deal From Warner Bros. Records And Was In A New Relationship With A Woman Whom I'd Taken Pictures With Along With Our Children Together. She Went On Another Social Media Rant Racing To The Police Station Falsely Claiming I Had Assaulted Her Months Prior And Also Repeated Called The Federal Probation Office With

The Same False Claims. Me And My Entire Family Volunteeraily Went To The Police Station Along With Witnesses To Prove These Claims False. She Also Had Been Harassing My Girlfriend At The Time By Repeatedly Calling Her Job At The Hospital She Worked At, With The Intentions Of Getting Her Fired. For Months Now Since That Situation I Have Been Raising My Daughter As A Single Parent And Working Hard With Warner Bros. Progressing To Make A Good Living For Myself. The Mother Of My Daughter Reached Out To Me And Apologized For Her Outrageous Behavior And Claimed She Had Been Clean From Drugs For A Short While. Out Of Nowhere Within The Last Two Weeks I Find Out In August That Charges Were Picked Up From False Claims Made Back In The Febuary Event. The Mother Of My Child Has Told The Truth And Came Clean About The False Statements She Made To Police In Front Of The Judge, District Attorney, And The Entire Harris County Courtroom Understanding What She Did Was A Crime. She Has Also Written A Full Affidavit Recanting All Her Statements And Informed The Court She Lied And Was On Drugs At The Time. Your Honor I'm Doing The Best I Can To Make A Living As A Single Father And Raise My Daughter. Please Allow Me The Chance To Continue Being A Positive Productive Member Of My Community And Continue Proving My Rehabilitation.   Thank You Your Honor

[FILL OUT cause number and heading information EXACTLY as it is written on the Petition]

NO. 1874713010101-3

| The State of Texas | § § § § § | Warren Brown |
|---|---|---|

**AFFIDAVIT**

THE STATE OF TEXAS
COUNTY OF __Harris__
[PRINT the name of the county where this statement is being notarized.]

BEFORE ME, the undersigned authority, on this day personally appeared __Alexia Valdez__, who
[PRINT the first and last names of the person who will sign this statement.]

swore or affirmed to tell truth, and stated as follows:

"My name is __Alexia Valdez__.
[PRINT the first and last names of the person who will sign this statement.]

I am of sound mind and capable of making this sworn statement. I have personal knowledge of the facts written in this statement. I understand that if I lie in this statement I may be held criminally responsible. This statement is true.

This is a complete admission that I, Alexia Valdez, made a false statement and a falsely accused Warren Brown to have him put in prison about an incident that occured February 18, 2024. I lied on Warren Brown to deliberately and wrongfully have him put in prison. Warren Brown never, not once physically attacked me or touched me at all. All Warren Brown did was ask me to leave his home. His Uncle was a witness to the entire incident. Everything I said to the police when I made the report was false, and a complete lie, and I take full responsibility for my actions. The reason I lied is because I was hurt and on Drugs at the time, knowing the he did not want to be in a relationship with me. Warren Brown had just come home from serving 5 years in prison and did not want to be involved in any negative or bad activity, being in fear

of going back to prison, because the lifestyle I was living was not appropiate for him to be around and that is the reason he asked me to leave to protect himself is the reason he asked me to leave his home. The pictures I presented were from a car accident and a fight I previsouly just had recently around the time with Gwendolyn May, whom I called the police on to report prior to the incident I lied about pertaining to Warren Brown. I completly understand what I did was a crime, by lying and falsely acusing Warren Brown of attacking me and I take full responsibility for my actions. An innocent man's freedom is going to be taken away because of my actions. Warren Brown is a full-time father, who works hard, and has done nothing but help and Bless our daughter by co-parenting and getting his life together. I am wrong and ready to suffer the consequences for my actions.

*Alexia V.*

[The person who has personal knowledge of this statement must sign it.
DO NOT SIGN this statement until you are in front of a notary.]

---

State of Texas
County of __Harris__
[name of county where statement is notarized.]

SWORN to and SUBSCRIBED before me, the undersigned authority, on the __11th__ day of __August__, __2024__ year, by

__Alexia Valdez__
[PRINT the first and last names of the person who is signing this affidavit.]

*Simone N. Arcenyo*
Notary Public, State of Texas [Notary's signature.]

Simone N Arceneaux
My Commission Expires
3/9/2027
Notary ID 134244913

[Notary's seal must be included.]

U.S. POSTAGE PAID
FCM LETTER
HOUSTON, TX 77002
SEP 04, 2024
$0.73
R2304M113987-16

77002

Retail

RDC 99

United States Court Room
Honorable Judge Keith Ellison
515 Rusk Street
Houston, TX 77002

Nathan Ochsner, Clerk of Court

SEP 09 2024
FILED
Southern District of Texas
United States Courts