4:18cr691-1

Brittany Greer, MBA
5508 Eastland Street
Houston Texas 77028
Greer.brittany1@yahoo.com
713-292-7236
09/09/2024

United States Courts
Southern District of Texas
FILED
*September 11, 2024*
Nathan Ochsner, Clerk of Court

The Honorable Judge Keith Ellison
United States Courtroom
515 Rusk Street

Houston Texas, 77002

Dear Judge Keith Ellison

I am writing to you on behalf of Mr. Warren Brown, who has recently come home and taken on the responsibility of being the primary caregiver for his daughter. Warren has consistently proven himself to be a positive and engaged member of our community, particularly through his volunteer work with inner-city children. In his short time from being home he has secured a record deal with Warner Brothers and off to a great start with a promising caeer. His commitment to bettering the lives of those around him is commendable, and I have personally witnessed the impact of his contributions.

I would like to bring to your attention the false claims made against Warren by Alexia Valdez. Several witnesses, including Alexia's own parents, who currently have full custody of her children, can attest to her dishonest behavior and ongoing mental issues. In fact, Alexia herself publicly admitted on social media in February 2024 that she would fabricate lies about Warren because he was dating another woman to get him sent back to prison. It is crucial to note that Alexia has a history of legal trouble, including criminal charges and making terrorist threats.

The situation Warren Brown is facing is entirely unjust. He has consistently demonstrated that he is now a model citizen, one who is dedicated to his family and community. The allegations against him are baseless, and it is clear that he does not deserve to be in this situation. Alexia's actions have caused him undue hardship, and I respectfully urge the court to take into account the numerous witnesses and evidence that can support Warren's case. His daughter Miracle Brown has suffered in due to these allegations because he has been her caregiver since he's been home.

I trust that the court will give full consideration to Warren's outstanding character and the facts presented in this letter. Thank you for your time and attention to this matter.

Sincerely,

Brittany Greer, MBA
713-292-7236

```
ORIGIN ID:EIXA  (713) 292-7236        SHIP DATE: 10SEP24
HARRY JAMES FORD, JR                  ACTWGT: 0.30 LB
                                      CAD: 6754054/SSF02541
14615 BURLESON BEND DR

HOUSTON, TX 77049                     BILL CREDIT CARD
UNITED STATES US
```

TO **JUDGE KEITH ELLISON**

**515 RUSK STREET**

**HOUSTON TX 77002**
(111) 111-1111           REF:
INV:
PO:                      DEPT:

**FedEx** Express

E

WED - 11 SEP 10:30A
TRK# 2793 4866 2382    PRIORITY OVERNIGHT
0201

**43 EIXA**                 **77002**
                    TX-US   IAH



Envelope
Recycle me