AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1

United States District Court
Southern District of Texas

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
Holding Session in Houston

**ENTERED**
September 18, 2024
Nathan Ochsner, Clerk

UNITED STATES OF AMERICA

v.

**WARREN BROWN, II**

## JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

**CASE NUMBER: 4:18CR00691-001**
**USM NUMBER: 19914-104**

Carl A. Moore
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of conditions  1, 2, 4, 5  of the term of supervision.
☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Falsification of drug test results (Mandatory Condition) | 01/23/2024 |
| 2 | Illegal Possession of a Controlled Substance (Mandatory Condition) | 01/23/2024 |
| 3 | No Finding | |
| 4 | Possession of Unlawful Controlled Substance (Mandatory Condition) | 06/12/2024 |
| 5 | Possession of Unlawful Controlled Substance (Mandatory Condition) | 06/25/2024 |

☐  See Additional Violations

The defendant is sentenced as provided in pages 2 through  2  of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:  XXX-XX-6152
Defendant's Date of Birth:  XX/XX/1988

City and State of Defendant's Residence:
Houston, Texas

September 18, 2024
Date of Imposition of Judgment

Signature of Judge

**KEITH P. ELLISON**
**SENIOR UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

September 18, 2024
Date

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
                        Sheet 2 – Imprisonment
_____

Judgment — Page ___2___ of ___2___

DEFENDANT:       **WARREN BROWN, II**
CASE NUMBER:     **4:18CR00691-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **Time Served**

This term consists of **TIME SERVED.**

☐  See Additional Imprisonment Terms.

☐  The court makes the following recommendations to the Bureau of Prisons:

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____ on _____

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL